IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: Woods, Danielle | Case Number: 08 B 17675 |
| | Judge: Goldgar, A. Benjamin |
| Printed: 03/17/09 | Filed: 7/9/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: February 3, 2009
Confirmed: September 30, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,950.00 | |
| Secured: | | 1,490.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,199.86 |
| Trustee Fee: | | 260.14 |
| Other Funds: | | 0.00 |
| Totals: | 3,950.00 | 3,950.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,474.00 | 2,199.86 |
| 2. | Capital One Auto Finance | Secured | 0.00 | 0.00 |
| 3. | CitiMortgage Inc | Secured | 0.00 | 0.00 |
| 4. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 5. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 6. | Nuvell Credit Company LLC | Secured | 11,346.05 | 1,400.00 |
| 7. | WFNNB/Harlem Furniture | Secured | 2,551.41 | 90.00 |
| 8. | CitiMortgage Inc | Secured | 5,106.21 | 0.00 |
| 9. | Countrywide Home Loans Inc. | Secured | 150.00 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 255.46 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 48.87 | 0.00 |
| 12. | Spirit Of America Nat'l Ban | Unsecured | 22.45 | 0.00 |
| 13. | CitiFinancial | Unsecured | 706.18 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 391.30 | 0.00 |
| 15. | RoundUp Funding LLC | Unsecured | 347.78 | 0.00 |
| 16. | Resurgent Capital Services | Unsecured | 2,147.91 | 0.00 |
| 17. | Nuvell Credit Company LLC | Unsecured | 768.79 | 0.00 |
| 18. | Resurgent Capital Services | Unsecured | 523.15 | 0.00 |
| 19. | ECast Settlement Corp | Unsecured | 409.59 | 0.00 |
| 20. | Resurgent Capital Services | Unsecured | 500.93 | 0.00 |
| 21. | AES/Chase | Unsecured | | No Claim Filed |
| 22. | Great American Finance Company | Unsecured | | No Claim Filed |
| 23. | North Park College | Unsecured | | No Claim Filed |
| 24. | World Financial Network Nat'l | Unsecured | | No Claim Filed |
| 25. | University of Illinois | Unsecured | | No Claim Filed |
| | | | $ 28,750.08 | $ 3,689.86 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Woods, Danielle | Case Number:  08 B 17675 |
| | Judge:  Goldgar, A. Benjamin |
| Printed: 03/17/09 | Filed:  7/9/08 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 36.85 |
| 6.6% | 223.29 |
| | $ 260.14 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

*[signature]*